## CRANSTON PRINT WORKS COMPANY et al.

v.

## Stafford PALOMBO.

### No. 80–343–M.P.

Supreme Court of Rhode Island.

Sept. 25, 1980.

George W. Shuster, Cranston, Edwards & Angell, John D. Deacon, Jr., Providence, for plaintiffs–respondents.

Peter Palombo, Jr., Providence, for defendant–petitioner.

### ORDER

The order which petitioner seeks to have reviewed herein is interlocutory. Therefore, the petition for writ of certiorari or prohibition is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.

■

## In re DAVID.

### No. 79–271–A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff–appellee.

O'Neill & Reilly, John B. Reilly, Providence, for defendant–appellant.

Chester G. Lupton, Legal Counsel, Providence, Department for Children and Their Families.

### ORDER

This case is assigned to the November, 1980 *show cause* calendar.

The parties are directed to appear and show cause why this case should not be remanded to the Family Court for rehearing in light of P.L. 1980, ch. 364, § 3 which amended G.L. 1956 (1969 Reenactment) § 15–7–7.

BEVILACQUA, C. J., and DORIS, J., did not participate.

■

## Richard FABRIZIO

v.

## Virginia LANG.

### No. 79–369–A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

John J. Finan, Jr., Pawtucket, for plaintiff.

Carl Freedman, Rhode Island Legal Services, Inc., Providence, for defendant.

### ORDER

The defendant's motion for the imposition of sanctions as prayed is denied, provided, however, that if plaintiff's brief is not filed on or before October 27, 1980, this appeal will be heard without benefit of said brief.

BEVILACQUA, C. J., and DORIS, J., did not participate.